IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**UNITED STATES OF AMERICA**

    **Plaintiff**

v.                                                                                              Civil No. 4:25-cv- 74

**APPROXIMATELY $1,443,012.43 SEIZED FROM J.P. MORGAN CHASE ACCOUNT NUMBER ENDING IN 0127 IN THE NAME OF EFI CSP HEARTLAND FPG INC.**

**APPROXIMATELY $1,786,157.08 SEIZED FROM J.P. MORGAN CHASE ACCOUNT NUMBER ENDING IN 7122 IN THE NAME OF MOVE UP CONSTRUCTIONS, LLC**

    **Defendants**
_____/

## MOTION TO SEAL AFFIDAVIT

COMES NOW Plaintiff, the United States of America, by and through the undersigned Assistant United States Attorney and files this Motion to Seal the Affidavit and states as follows:

1. The United States of America is filing a Verified Complaint for Forfeiture in *Rem* against

    a. Approximately $1,786,157.08 that was seized from J.P. Morgan Chase Account ending in 7122 in the name of Move Up Constructions, LLC.

    b. Approximately $1,443,012.43 that was seized from J.P. Morgan Chase account ending in 0127, in the name of EFI CSP Heartland FPG Inc.

(hereinafter "Defendant Funds").

  2. To file the Verified Complaint for Forfeiture in *Rem*, an affidavit has to be attached to the Complaint.

  3. The affidavit reveals information about an ongoing criminal investigation. Revealing the information contained in the affidavit could compromise the investigation by notifying those involved of the scope of the government's investigation, and giving them a chance to destroy evidence, dissipate funds, and flee.

  4. Accordingly, the United States of America requests that the affidavit be sealed pending the conclusion of the criminal investigation.

WHEREFORE, the undersigned respectfully requests that the affidavit attached to the Verified Complaint for Forfeiture in rem be sealed until conclusion of the criminal investigation.

Dated this 20th day of February, 2025.

Respectfully submitted,

MICHELLE SPAVEN
Acting United States Attorney

*/s/ Kaitlin Weiss*
KAITLIN WEISS
Assistant United States Attorney
Northern District of Florida
Florida Bar No. 106130
111 North Adams Street, Fourth Floor
Tallahassee, FL 32301
(850) 942-8430
Kaitlin.Weiss@usdoj.gov